UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN DIVINITY, YOLANDA WEBSTER DIVINITY,<br>                Plaintiffs,<br>    v.<br>CITIGROUP Inc., etc, QUALITY LOAN SERVICE CORPORATION, THOMAS J. HOLTHUS, THOMAS J. HOLTS, KEVIN R. McCARTHY, McCARTHY & HOLTHUS, SD COSTLINE LP, LENDERS REALTY, Inc., DAN RENWICK, and SEBASTIAN CRUZ,<br>                Defendants. | No. CV 12-8814 VAP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiffs have not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Complaint without prejudice for lack of jurisdiction.

DATED: July 8, 2013

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge