UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN DIVINITY, YOLANDA WEBSTER DIVINITY,<br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITIGROUP Inc., etc, QUALITY LOAN SERVICE CORPORATION, THOMAS J. HOLTHUS, THOMAS J. HOLTS, KEVIN R. McCARTHY, McCARTHY & HOLTHUS, SD COSTLINE LP, LENDERS REALTY, Inc., DAN RENWICK, and SEBASTIAN CRUZ,<br>　　　　　　　　Defendants. | No. CV 12-8814 VAP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiffs take nothing by their Complaint and that this action is dismissed without prejudice.

DATED: July 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge